**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6035**
_____

UNITED STATES OF AMERICA,

         Plaintiff - Appellee,

    v.

ZELMAN ROACH, a/k/a Zabo Roach, a/k/a Zelman Rosch,

         Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   John A. Gibney, Jr., District Judge. (3:05-cr-00207-JAG-1)

_____

Submitted:  March 28, 2013        Decided:  April 2, 2013

_____

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Zelman Roach, Appellant Pro Se.  David Thomas Maguire, Elizabeth Wu, Assistant United States Attorneys, Michael C. Wallace, Sr., OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zelman Roach appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. United States v. Roach, No. 3:05-cr-00207-JAG-1 (E.D. Va. Dec. 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED